```
          FILED        ENTERED
          LODGED       RECEIVED

              APR 22 2016
                AT SEATTLE
          CLERK U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMMEELYN NORTE,<br><br>Defendant. | CR16-114 -JLR<br><br>INFORMATION<br>(Felony) |

The United States Attorney charges that:

### Count 1
### (Interstate or Foreign Travel in Aid of Criminal Activity)

On or about July 28, 2013, at Whatcom County, within the Western District of Washington, and elsewhere, JAMMEELYN NORTE, did knowingly and intentionally travel in foreign commerce, that is, from Canada to the United States, with the intent to facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, the distribution of ecstasy, and thereafter did perform and attempt to perform acts to facilitate the promotion, management, establishment, and carrying on of said unlawful activity.

//
//
//

All in violation of Title 18 U.S.C. Section 1952(a)(3).

DATED this 8th day of April, 2016.

ANNETTE L. HAYES
United States Attorney

SARAH Y. VOGEL
Assistant United States Attorney

LISCA BORICHEWSKI
Assistant United States Attorney